IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE ANN U.,[1]

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Civ. No. 3:17-cv-1404-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#21), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#21) is adopted. The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

DATED this 31st day of July, 2019.

                                                      /s/ Michael J. McShane
                                                      Michael McShane
                                                  United States District Judge

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – ORDER